**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Daisy Lynne Meadows, et al.,<br><br>    Plaintiff(s),<br><br>vs.<br><br>Joseph Lombardo, et al.,<br><br>    Defendant(s). | 2:23-cv-00755-RFB-MDC<br><br>**Order Setting Hearing and to produce Daisy Lynne Meadows #1027585 and Christopher Shields #1115601** |

TO: NEVADA DEPARTMENT OF CORRECTIONS; and JEREMY BEAN, ASSOCIATE WARDEN, HIGH DESERT STATE PRISON, INDIAN SPRINGS, NV.

I find that Daisy Lynne Meadows #1027585 and Christopher Shields #1115601 are presently in the custody of the Nevada Department of Corrections, located at High Desert State Prison, Indian Springs, Nevada.

I ORDER that the parties shall appear in-person for a status hearing to discuss whether pro-bono counsel has been identified or appointed for Plaintiff and how to further proceed with this case, per ECF No.7, on March 22, 2024, at 10:00am in courtroom 3B.

I ORDER that the Warden of High Desert State Prison, or his designee, shall transport and produce Daisy Lynne Meadows #1027585 and Christopher Shields #1115601 to the Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard, South, in the LV Courtroom 3D, Las Vegas, Nevada on March 22, 2024, at 10:00am in courtroom 3B. Plaintiffs will not be released and shall be returned to the custody of the Warden, High Desert State Prison.

DATED this 19th day of January 2024.

IT IS SO ORDERED.

_____
Maximiliano D. Couvillier III
United States Magistrate Judge