UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Daisy Lynne Meadows,<br><br>                    Plaintiff,<br><br>vs.<br><br>Joseph Lombardo, et al.,<br><br>                    Defendant. | Case No. 2:23-cv-00755-RFB-MDC<br><br>**ORDER TO FILE A STATUS REPORT** |

The Court is considering pro bono counsel's *Motion to Withdraw* ("Motion"). ECF No. 26. The Motion states that, "[u]ndersigned counsel is working to effect service on the named defendants." *Id.* at 2:25-26. A status report regarding service of all the named defendants would assist the Court in deciding the instant Motion.

IT IS ORDERED that by **February 4, 2025**, counsel should file a status report regarding service of the named defendants in this case.

IT IS SO ORDERED.

DATE: January 21, 2025.

                                                                                   _____
                                                                                   Hon. Maximiliano D. Couvillier III
                                                                                   United States Magistrate Judge

1