1  AARON D. FORD
   Attorney General
2  DOUGLAS R. RANDS, Bar No. 3572
   Senior Deputy Attorney General
3  State of Nevada
   100 N. Carson Street
4  Carson City, NV 89701-4717
   Tel: (775) 684-1150
5  E-mail: drands@ag.nv.gov

6  *Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DAISY LYNNE MEADOWS, <br><br> Plaintiff, <br><br> vs. <br><br> JOSEPH LOMBARDO, et al., <br><br> Defendants. | Case No. 2:23-cv-00755-RFB-MDC <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| DAISY LYNNE MEADOWS, <br><br> Plaintiff, <br><br> v. <br><br> NETHANJAH BREITENBACH, et al., <br><br> Defendants. | Case No. 3:22-cv-00383-MMD-CLB |
| DAISY LYNNE MEADOWS, <br><br> Plaintiff, <br><br> vs. <br><br> DEBORAH STRIPLIN, et al., <br><br> Defendants. | Case No. 3:23-cv-01995-APG-MDC |

IT IS HEREBY STIPULATED by and between Daisy Lynne Meadows, in proper person, and Defendants, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Douglas R. Rands, Senior Deputy Attorney General, hereby stipulate and agree, that the above-

captioned actions should be dismissed with prejudice, by order of this Court, with each party to bear his or her own costs.

DATED this 4th day of December, 2025

DATED this 4th day of December, 2025

AARON D. FORD
Attorney General

By: _____
DOUGLAS R. RANDS, Bar No. 3572
Senior Deputy Attorney General
*Attorneys for Defendants*

_____
DAISY LYNNE MEADOWS
Plaintiff, *Pro Se*

**IT IS ORDERED**

_____

**FEDERAL DISTRICT COURT JUDGE**